## Commonwealth ex rel. Thompson, Appellant, *v.* Thompson, Appellant.

Argued September 16, 1970. *Edward J. O'Halloran,* with him *O'Halloran, Stack & Smith,* for defendant, appellant; *B. Jerome Shane,* for relatrix, appellant.

Order affirmed.

## Melton, Appellant, *v.* Metropolitan Life Insurance Company et al.

Argued September 14, 1970. *Leslie P. Hill,* for appellant; *Robert L. Arangio,* with him *Zarwin, Prince, Baum, Steerman, Somerson & Meritz,* for appellees.

Judgment affirmed.